and towards you, I guess it's a I speak loudly Okay, go ahead Good morning, Your Honors, my name is Tom Stryer I represent the appellants, Al Haig, Hasan, and K.A. in this matter May it please the court The government is represented by Denise Wolf and she filed a letter on December 13, 2010 with the court, I received that letter about 4 o'clock yesterday afternoon and I am in agreement with her in agreement with my request that the case be demanded to Judge Davis for resentencing and I would ask the court to resolve the other issues based on the violence which have already been submitted Were you prepared to sit down? Yes, Your Honor Oh my Could you No, we have some questions so stay right there Pull that mic closer Your contention I mean, there's a lot in this case including the desire to withdraw the guilty plea here so that's not just a sentencing matter and I think we'd like to address that we're going to have to decide that issue Your contention is that there is a that your client made a claim that he was actually innocent and therefore the guilty plea should be withdrawn but he really didn't contend that he was actually innocent didn't he isn't he contending that there was a defense that could have been raised or he could have contended that there was a lack of proof but didn't do that tell me how that translates into a claim of actual innocence Yes, Your Honor Historically though I am Mr. Hassan's second appellate attorney Mr. Laver passed away Mr. Laver is the one who raised the issue which the court just broached in his initial brief and Mr. Laver's argument was that that there was in fact a fair and just reason given by Mr. Hassan for the withdrawal of his guilty plea before Judge Davis and Your Honor the argument would be that the claim of the check the $8,111 check that was found on Mr. Hassan's person on the day of the arrest which was August 12, 2005 was already signed and endorsed on the back for deposit into a check in New York in the Southern District So they really couldn't have proven well, but they couldn't have proven an attempt I agree, Your Honor So if I understand as an initial attempt to sit down in reference to your predecessor counsel I'm willing to say that you think the sentencing issues are the live issues and the other issues are not Is that fair? I got that Before you sit down let me ask you a quick question on the sentencing issue which is the fifth issue raised namely the question of the 27-month sentence on the supervisory release violation I know you can't play around with that but I would assume that you wish the district court to revisit that issue because there's a question perhaps as to whether the district court was properly apprised of what had gone on with respect to the revocation of supervisory release That is correct, Your Honor The final version of the pre-sentence investigation report which had been prepared by the probation officer approximately one week before the actual sentencing on April 2, 2008 basically stated that that prior supervised release case was still on the table that it had been filed but there had been no resolution by the judge in the District of New Jersey when in fact that judge had already sentenced Mr. Hassan to 27 months and in fact as of the date of sentencing by Judge Davis on April 2, 2008 he had fully and completely served that 20-month sentence Why does that matter? Why does the existence of that sentence matter? That issue should be played before Judge Davis that the argument would be that he may have had he known that Mr. Hassan had already served a 27-month sentence that may have impacted on what he felt was the appropriate sentence for the instant case It doesn't fit within any of the specific guidelines provisions does it? I mean there's a provision saying it would be consecutive It's not a 5G 1.3C It doesn't fit within any of the guidelines provisions, Your Honor but under 18 U.S. Code 3553 all information should be submitted to the court for the court's consideration whether the court acts upon that information or not certainly is up to the discretion of the court but it's something that should be put on the table So when it goes back, you will put that on the table I shall No, I just well, I'll make sure I understand You're conceding on behalf of the appellant that the only issue in the case is the sentencing issues and the government and you agree it's going back for the resentencing If I got that right, Your Honor based upon my difficult relationship with Mr. Hasada on the telephone I cannot concede anything at this point You'll stand on the brief You'll stand on the brief, you have nothing further to say on the I can't make you Thank you Counselor Good morning, Your Honors May it please the court, I am Denise Wolf and I represent the United States I am available for any questions the court has with respect to my motion to withdraw the guilty plea or the validity of the guilty plea With respect to the two sentencing issues that was raised by my adversary as the court received our letter on Monday we agreed that a remand would be appropriate given the array of facts that have not been fully fleshed out by the district court with respect to the four point enhancement I must say I welcomed your letter because I was having problems with the enhancement aspect trying to piece together the facts and see how the five and the otherwise extensive really worked Yes, Your Honor We will have the opportunity to flesh that out We stand by the position that we could, and that there are five participants, but I think it's something that is suited for the district court With respect to the whether or not a consecutive sentence is appropriate in regards to Mr. Hassan's discharged sentence for his following issue of supervisor release We believe that the court We believe that consecutive sentences are appropriate if it's within the body of law available on the issue as well as with respect to the guideline recommendations That's something that will take up with the district court, right? I'm hearing Mr. Garr say that it's going to be raised Yes, absolutely, Your Honor It was never brought to the district court's attention and we do not oppose that issue being brought to the district court's attention I must say I want to just note something I was a little troubled by the inclusion of the New York crimes which weren't even charged They were never charged as offenses but he obviously came forth with all the details of what he'd done in New York It almost seemed like there was a trial of the New York kind of a charging and a trial of the New York cases here, which seemed unusual I mean, I guess under Rudolph you can use that kind of evidence in connection with an enhancement but it just seemed a very strange practice to me almost like the tail wagging the dog in connection with the Pennsylvania prosecution Possibly, Your Honor but it was it doesn't show up on the record as such but there was a great deal of discussions between government counsel and then defense counsel with how to best handle it and it was an agreement was reached that was more prudent for the defendant and behooved the defendant and more efficient in terms of traditional resources and so there was an agreement that was put on the record at the time of the guilty plea and then it was during the plea factual recitation was then again mentioned and he waived a venue charge I'd just like to commend the government because from time to time we see advocates in both similar criminal cases who are so reluctant to confess error that we spend a lot of time dealing with issues that in my view we shouldn't and I think the government did a professional thing here so Thank you, Your Honor. We have very good supervisors Thank you Some of whom might even be in this courtroom Thank you very much We will call our next